UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:12-CR-413-B |
| | § | |
| BARRETT LANCASTER BROWN, | § | E.C.F. |
|     Defendant. | § | |

## UNOPPOSED DEFENDANT'S NOTICE OF WAIVER OF ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY

Comes now before this Court the Defendant, **BARRETT LANCASTER BROWN**, by and through undersigned counsel, with this Notice of Waiver of Arraignment Hearing and Entry of Plea of Not Guilty to all twelve Counts in the Twelve-Count Indictment, Number 3:12-CR-413-B.

Rule 10(b) of the Federal Rules of Criminal Procedure provides, in pertinent part, that a defendant need not be present for the arraignment under the following conditions:

(1) the defendant has been charged by indictment . . .
(2) the defendant in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
(3) the court accepts the waiver.

FED. R. CRIM. P. 10(b).

On December 17, 2012, undersigned counsel visited with Mr. Brown about the Indictment that was filed on December 4, 2012, and Mr. Brown and undersigned counsel discussed the charges. Undersigned counsel also provided Mr. Brown with a copy of the Indictment. Mr. Brown stated that he fully understood the charges filed against him. In addition to discussing the Indictment, undersigned counsel informed Mr. Brown that he has a right to attend a hearing on the arraignment, but Mr. Brown stated that, if this Court agrees, he would like to waive his right to be present at the arraignment. Instead, Mr. Brown stated that he would like this Notice to serve as his entry of a plea of "not guilty" to all twelve Counts in the Twelve-Count Indictment.

As evidenced by Mr. Brown's and counsel's signatures, we have received copies of the Indictment in case number 3:12-CR-413-B and wish to waive our appearance at the arraignment; additionally, Mr. Brown enters his plea of "not guilty" to all twelve Counts in the aforementioned Twelve-Count Indictment. The government does not oppose this request.

Respectfully submitted on December 17, 2012.

_____
**BARRETT LANCASTER BROWN**
Defendant

_____
**DOUGLAS A. MORRIS**
Assistant Federal Public Defender
Federal Public Defenders Office
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (facsimile)
Texas Bar No. 24028323
Attorney for Mr. Barrett Lancaster Brown

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I caused a copy of the foregoing Notice to be delivered to the Honorable Sam A. Lindsay, United States District Judge, Northern District of Texas; and Assistant United States Attorney Candina Heath, at 1100 Commerce Street, Dallas, Texas, 75202.

_____
**DOUGLAS A. MORRIS**
Assistant Federal Public Defender