

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:12-CR-317-L |
| | ] | 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | ] | 3:12-CR-030-L |
| | ] | |
| | ] | |

ORDER

On March 29, 2013, this Court was referred the above cases for consideration as to whether or not the Defendant has the ability to pay a contribution for his court-appointed counsel. This Court has received a financial affidavit by the Defendant which shows the Defendant has received $20,000 in contributions for his legal defense fund. This Court hereby ORDERS the Defendant to place all of the funds he has identified in his affidavit into the registry of this Court no later than April 30, 2013, while the Court has hearings and makes a determination as to what, if anything, should be done in utilizing the funds towards the repayment of costs for Defendant's court appointed representation. It is further ORDERED, the funds currently in the account identified by the Defendant's affidavit will not be encumbered, assigned or disposed of by anyone who has access to this account. Once the funds are placed in the registry of this Court, the funds shall not be disbursed without an order of this Court.

The Court further sets a hearing on this matter for May 1, 2013 at 9:30 a.m., to determine

if Mr. Brown should be required to contribute towards the cost of his court-appointed attorney.

Signed this 17th day of April, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE