IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO.  3:12-CR-317-L |
| | | 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | | 3:13-CR-030-L |

ORDER DENYING GOVERNMENT'S MOTION TO DIRECT FUNDS BE PAID

On May 1, 2013, the above-named Defendant, represented by counsel, appeared before this Court on Government's Motion to Direct Funds Be Paid. After hearing argument of counsel and reviewing the evidence submitted, it is clear the funds in question were obtained on behalf of the Defendant for the purpose of retaining counsel.  This Court finds the funds should be used for that purpose. The Court finds the Governments Motion was filed in the interests of justice and to assure the Defendant is not wrongly receiving court-appointed counsel when he should not.  However, this Court does find the release of the money to retained counsel will save the taxpayers more than if the Court forfeited the funds to pay for a portion of the costs to the Federal Public Defender.  It would be a substantial drain on the resources  of the Federal Public Defender to continue to represent Mr. Brown in light of the fact his retained counsel are doing much of the work *pro bono*.  Retained counsel have indicated to the Court they do not intend to seek Criminal Justice Act funds in representing Mr. Brown.

This Court finds the Governments Motion should be and hereby is DENIED.

SIGNED this 30TH day of May, 2013.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE