IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action Nos. 3:12-CR-317-L |
| | § | 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | § | 3:13-CR-030-L |

## ORDER

    Before the court is Defendant Barrett Lancaster Brown's Agreed Motion to Continue Pretrial Deadlines, filed June 21, 2013. After careful consideration of the motion and the applicable law, the court determines that the motion should be and is hereby **granted** to the extent that the court will extend the motion deadline by four weeks.

    Defendant Brown's pretrial motions shall be filed by **Friday, August 9, 2013, at 5:00 p.m.** The motion response deadline is extended to **Friday, August 23, 2013, at 5:00 p.m.**

    **It is so ordered** this 3rd day of July, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge