IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No: 3:12-CR-317-L |
| v. | § | No: 3:12-CR-413-L |
| | § | No: 3:13-CR-030-L |
| BARRETT LANCASTER BROWN | § | |

**MOTION FOR LEAVE TO REPLY TO GOVERNMENTS RESPONSE**

BARRETT LANCASTER BROWN, through his counsel, pursuant to L.Cr.R.47.1(f), respectfully request leave to file replies in support of the following motions:

1. Defendants Motion to Continue Trial and Pretrial Deadlines. 3:12-CR-317-L, Dkt. 80.

2. Defendants Motion to Continue Trial and Pretrial Deadlines. 3:12-CR-413-L, Dkt. 43.

3. Defendants Motion to Continue Trial and Pretrial Deadlines. 3:13-CR-030-L, Dkt. 43.

Counsel have received and reviewed the Government's responses to these motions and seek leave to reply to the arguments therein as the Government's responses (1) introduce a new issue; (2) rely on case law that is distinguishable from the present case, and (3) are predicated on inaccurate assumptions which the defendants must explain in order for this Court to fairly rule on the issues raised in their motions.

**CONCLUSION**

For the reasons set forth above, the Defendant respectfully request that the Court grant the defendant's motion for leave to file the above replies.

Respectfully submitted,

 -s- *Ahmed Ghappour*

AHMED GHAPPOUR
*Pro Hac Vice*
Civil Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
415-598-8508
512-232-0900 (facsimile)
aghappour@law.utexas.edu

CHARLES SWIFT
*Pro Hac Vice*
Swift & McDonald, P.S.
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101
206-441-3377
206-224-9908 (facsimile)
cswift@prolegaldefense.com

MARLO P. CADEDDU
TX State Bar No. 24028839
Law Office of Marlo P. Cadeddu, P.C.
3232 McKinney Ave., Suite 700
Dallas, TX 75204
214.744.3000
214.744.3015 (facsimile)
mc@marlocadeddu.com
*Attorneys for Barrett Lancaster Brown*

CERTIFICATE OF CONFERENCE

I certify that on August 8, 2013, I conferred with Ms. Candina Heath, counsel for the government and she is in agreement with the relief requested.

/s/ Ahmed Ghappour
AHMED GHAPPOUR
/s/ Charles Swift
CHARLES SWIFT
/s/ Marlo P. Cadeddu
MARLO P. CADEDDU
Attorneys for Barrett Brown

CERTIFICATE OF SERVICE

      I certify that today, August 8, 2013, I filed the instant motion using the Northern District of Texas's electronic filing system (ECF) which will send a notice of filing to all counsel of record.

      /s/ Ahmed Ghappour
      AHMED GHAPPOUR
      /s/ Charles Swift
      CHARLES SWIFT
      /s/ Marlo P. Cadeddu
      MARLO P. CADEDDU
      *Attorneys for Barrett Lancaster Brown*