IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Nos. 3:12-CR-317-L |
| | § | 3:12-CR-413-L |
| BARRETT LANCASTER BROWN | § | 3:13-CR-030-L |
| | § | |
| | § | |

**ORDER**

Before the court is Defendant's Motion for Leave to Reply to Government's Response, filed

August 8, 2013.  After careful consideration, the court **grants** the motion.  Defendant is permitted

to file his reply to the Government's Opposition to Continuance, filed August 7, 2013.  **The reply**

**may not exceed seven pages.**

**It is so ordered** this 9th day of August, 2013.


Sam A. Lindsay
United States District Judge

Solo Page