IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action Nos. 3:12-CR-413-L |
| | § | 3:13-CR-030-L |
| BARRETT LANCASTER BROWN | § | |

### ORDER

Before the court is Defendant's Agreed Motion to Continue Pretrial Deadlines, filed February 28, 2014. After careful consideration of the motion and the applicable law, the court determines that the motion should be and is hereby **granted**.

Pretrial motions shall be filed by **Monday, March 3, 2014, at 5:00 p.m.** The motion response deadline is extended to **Monday, March 17, 2014, at 5:00 p.m.**

**It is so ordered** this 28th day of February, 2014.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page