IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | \| |
| | \| |
| v. | \|   No.   3:12-CR-413-L |
| | \|   ECF |
| BARRETT LANCASTER BROWN | \| |

GOVERNMENT'S MOTION TO DISMISS

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Motion to Dismiss Count One and Counts Three through Twelve in the original Indictment and in the Superseding Indictment in the above entitled and numbered cause.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas   75242
Tel: 214-659-8600   Fax: 214-767-2846
candina.heath@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2014, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the court.   The ECF system sent a "Notice of Electronic Filing" to Brown's attorneys of record Ahmed Ghappour, Charles Swift, and Marlo Cadeddu, who consented in writing to accept this Notice as service of this document by electronic means.

*S/ Candina S. Heath*
CANDINA S. HEATH
Assistant United States Attorney