IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-317-L |
| | § | 3:12-CR-413-L |
| | § | |
| BARRETT LANCASTER BROWN | § | **Filed Under Seal** |

### ORDER

Before the court is the Government's Agreed Motion to Seal the Plea Agreement and the Factual Resume, filed March 31, 2014. After careful consideration, the court **grants** the motion, with the stipulation that on or before the date of the rearraignment hearing that the government will file an agreed motion to lift the court's September 4, 2013 Agreed Order Re: Extrajudicial Statements, and thereafter request that documents filed under seal pursuant to such order be unsealed. The Plea Agreement and the Factual Resume shall be filed **under seal**.

**It is so ordered** this 2nd day of April, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Solo Page