**ATTACHMENT A**

| | | |
|---|---|---|
| 1B3 | Item 1 | Xbox 360 game console Ser#170792211008 |
| 1B4 | Item 2 | Olympus Digital Voice Recorder VN-5000 |
| 1B5 | Item 3 | One CD-R |
| ↑ | Item 8 | Two CD-R's |
| ↑ | Item 14 | One CD-R |
| ↑ | Item 15 | Six CD-R's |
| 1B6 | Item 4 | AT&T 2Wire Gateway Modem Ser#991019147969; |
| ↑ | Item 9 | PC Game "Fallout Trilogy" |
| 1B7 | Item 5 | HP G72 Laptop Ser#5CB1041K73 |
| 1B8 | Item 6 | Notepad |
| ↑ | Item 10 | Staples Notepad |
| ↑ | Item 11 | Handwritten notes |
| ↑ | Item 12 | Handwritten notes and calendar |
| ↑ | Item 13 | Handwritten notes |
| ↑ | Item 16 | Handwritten notes |
| 1B9 | Item 7 | Apple IMAC Computer Ser#QT2138LWLF4 |
| 1B10 | Item 1 | Apple IPhone in a "ballistic" case |
| 1B11 | Item 2 | Leafy green substance in a ziplock bag |
| 1B13 | Item 4 | Toshiba laptop, Model PSAG0U-0CX01V, Ser#39456859Q |
| 1B14 | Item 5 | Palm Zire 21 PDA Ser#OOV7V5T4B4MF |
| ↑ | Item 8 | Olympus Digital Voice Recorder VN-7000 with box |
| ↑ | Item 9 | Sony M-470 Microcassette recorder with Microcassette |
| ↑ | Item 12 | Canon Digital Camera Ser#5155748 |
| 1B15 | Item 6 | Toshiba 250GB External Hard Drive Ser#59E1S0TTSFD6 |
| 1B16 | Item 7 | Green notebook |
| ↑ | Item 11 | Notes and papers from desk |
| ↑ | Item 19 | Handwritten notes and papers |
| 1B17 | Item 10 | Three CD-R's and One diskette |
| ↑ | Item 14 | Twelve CD's and DVD's |
| 1B18 | Item 13 | AT&T Blackberry (red cover) |
| 1B20 | Item 16 | Toshiba Qosmio Laptop Ser#XA303478W |
| 1B25 | Item 15 | Sony Vaio Laptop, Model PCG-2131L with power cord |
| 1B26 | from Item 15 | Seagate Momentus 250GB hard drive Ser#6VC2L73M |
| 1B27 | Item 17 | HP Laptop with Microsoft #00196-201-523-987 |
| 1B28 | from Item 17 | Hitachi hard drive Ser#11081612180053HJMP0C |
| 1B1 | Item 1 | Papers from desk |
| ↑ | Item 5 | Book – The Declaration of Independence |
| 1B2 | Item 2 | Toshiba Satellite Laptop Ser#2C115999K with power adapter |
| 1B3 | Item 3 | Apple iPhone Model A1387 |
| 1B4 | Item 4 | One CD |