IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. **3:12-CR-317-L** |
| | § | **3:12-CR-413-L** |
| **BARRETT LANCASTER BROWN** | § | |

## ORDER

Before the court is Defendant's Motion (Doc. 149), filed February 11, 2015, requesting that the court, pursuant to Federal Rule of Criminal Procedure 35 "amend that portion of the PSR ordering restitution to Strategic Forecasting in the amount of $815,000, by removing the same and adjusting the total restitution amount to between $10,000 and $30,000, or in the alternative, to $75,250." Def.'s Mot. 1.  Defendant acknowledges that he did not previously object to the amount of restitution but contends that the restitution ordered with respect to Strategic Forecasting constitutes clear error. The Government opposes the motion and requested relief on jurisdictional and substantive grounds.  After considering the motion, response, record, and applicable law, the court **denies** Defendant's Motion (Doc. 149).  The court lacks jurisdiction to grant the requested relief.  Alternatively, even if it has jurisdiction to grant the requested relief, the court concludes that the restitution amount ordered is adequately supported by the record.

**It is so ordered** this 10th day of March, 2015.

Sam A. Lindsay
United States District Judge

Order – Solo Page