IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BARRETT LAWRENCE BROWN, <br><br>                 Defendant, <br><br> and <br><br> FIRST LOOK MEDIA WORKS, INC., MACMILLAN PUBLISHERS, INC., and WRITERS HOUSE, LLC, <br><br>                 Garnishees. | No. 3:12-CR-413-L <br><br> **EX PARTE FILING** |

## ORDER FOR ISSUANCE OF WRITS OF GARNISHMENT

Before the court is the United States' Ex Parte Application for Writs of Garnishment, filed July 6, 2017. The United States' requests writs of garnishment to garnishees First Look Media Works, Inc., Macmillan Publishing, Inc., and Writers House, LLC and their successors, affiliates and/or assigns, for substantial nonexempt property belonging to or due the defendant-judgment debtor, Barrett Lawrence Brown. After consideration, the court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and determines that the application should be and is hereby **granted**.

The court **orders** that the clerk of the court issue writs of garnishment and a clerk's notice of garnishment to the garnishees, and that the clerk provide them to the United

States. The clerk must maintain these documents, the application for writs of garnishment, and this order with their ex parte restriction and not make them publicly available until the United States certifies that it has completed service of process on the writs. The United States shall promptly notify the clerk when service of process is complete, at which time the clerk shall lift the ex parte restriction, so that all ex parte filings related to this matter are accessible in the same manner as other public documents.

Pursuant to 28 U.S.C. § 3202(c), the United States shall serve each garnishee with a copy of the application, writ of garnishment, clerk's notice of garnishment, and answer form with instructions for compliance. After the garnishees have been served, the United States shall serve the defendant-judgment debtor with those documents.

Counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property, subject to the writs of garnishment, has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

**It is so ordered** this 10th day of July, 2017.

*signature: Sam A. Lindsay*
Sam A. Lindsay
United States District Judge