IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRETT LANCASTER BROWN,<br><br>                  Defendant,<br><br>and<br><br>FIRST LOOK MEDIA WORKS, INC.,<br>MACMILLAN PUBLISHERS, INC.,<br>and WRITERS HOUSE, LLC,<br><br>                  Garnishees. | No. 3:12-CR-413-L<br><br>**EX PARTE FILING** |

## ORDER EXTENDING WRITS OF GARNISHMENT

Before the court is the United States' Ex Parte Motion to Correct Misnomer in Defendant's Name, filed July 11, 2017. The United States' requests the court to correct a misnomer in Defendant's middle name from "Lawrence" to "Lancaster" in the ex parte garnishment documents (Dkts. 111 through 115). After consideration, the court determines that the motion should be and is hereby **granted**.

The court hereby **orders**, ex parte, that the application (Dkt. 111), order for issuance of writs of garnishment (Dkt. 112), clerk's notice and writs of garnishment (Dkts. 113, 114, and 115) containing the misnomer of Defendant's name as "Barrett Lawrence Brown" are hereby corrected and extended to apply to all nonexempt property and rights to property of "Barrett Lancaster Brown" when this order is served upon garnishees First Look Media Works, Inc., Macmillan Publishing, Inc., and Writers House, LLC and their successors,

affiliates and/or assigns.  The clerk must maintain these documents and this order with their ex parte restriction and not make them publicly available until the United States certifies that it has completed service of process on the writs.  The United States shall promptly notify the clerk when service of process is complete, at which time the clerk shall lift the ex parte restriction, so that all ex parte filings related to this matter are accessible in the same manner as other public documents.

**It is so ordered** this 12th day of July, 2017.


Sam A. Lindsay
United States District Judge