```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
      JUL 31 2017
CLERK, U.S. DISTRICT COURT
By_____
            Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRETT LANCASTER BROWN,<br><br>Defendant,<br><br>and<br><br>MACMILLAN PUBLISHERS, INC.,<br><br>Garnishee. | No. 3:12-CR-413-01<br><br>**PUBLIC FILING** |

## ANSWER OF THE GARNISHEE

I, __Wendy Szymanski__, the __Assistant General Counsel__ of
     (name)                                    (title)
Garnishee Macmillan Publishers, Inc., state under penalty of perjury as follows:

GARNISHEE IS (choose one):
[__] An individual doing business in the name of _____.
[__] A partnership, [__] LP, [__] LLP or [ x ] LLC
[__] A corporation, organized under the laws of the State of _____.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process in the same manner as summons under Rule 4 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:

[__] facsimile at (___) _____-_____ and/or
[__] e-mail at _____ and/or
[ X ] first class mail at _175 Fifth Avenue, New York, NY 10010_

Answer of Garnishee – Page 1

On ___July 14_____, 2017, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

I. **<u>Wages</u>**

    A. Garnishee has contracted with or employed the judgment debtor, from _____ to _____.

    B. Judgment debtor's pay period is:

    [__] weekly, [__] bi-weekly, [__] semi-monthly, [__] monthly, other: _____.

    The current pay period began _____ and ends _____.

    C. Enter amounts for the current pay period to calculate garnishment:

        1. Gross Earnings[1]  $_____

        2. Less deductions required by law:

            Federal Income Tax  $_____

            F.I.C.A.  $_____

            State Income Tax  $_____

            City/Local Income Tax  $_____

            Total of tax withholdings  $_____

        3. Disposable Earnings  $_____
           (C1) less total of (C2)

           75% of Disposable Earnings  $_____
           (exempt pay to judgment debtor)

        4. Non-exempt disposable earnings required to be withheld is the lesser of:

           25% of disposable earnings $_____ or

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5)-(6) and (9).

Answer of Garnishee – Page 2

        Disposable earnings less $217.50 = $_____.[2]

        (C3) less (30 x $7.25)

**DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.**

<u>**NOTE**</u>**: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.**

II.   <u>**Personal Property**</u>

     A.   <u>Financial Accounts</u>

**Account 1**
Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 2**
Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 3**
Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

**Account 4**
Type:_____
No.:_____
Title owner(s): _____
Amount: $_____

     B.   <u>Safety Deposit Box</u>

         Box No.: _____

         Last Accessed: _____

         Owners other than the judgment debtor:

         _____

     C.   Detail other personal property in the garnishee's possession, custody, or control:

         _____
         _____

---

[2] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

Answer of Garnishee – Page 3

D. Does the garnishee have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor, has an interest?

[x] Yes or [ ] No

If the answer is yes, describe below: Future payments due at presently unknown future dates under a book publishing contract

III. **Other Garnishments**

A. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

[ ] Yes or [X] No

If the answer is yes, describe below (include case number, state, county):

IV. **Does Garnishee Deny Holding Property Subject to Garnishment?**

A. Check and complete the applicable line below:

[ ] Garnishee has the following objections, defenses, or set-offs:

[ ] On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

VI. **GARNISHEE mailed a copy of this Answer by first-class mail to:**

A. the judgment debtor, Barrett Lancaster Brown, at:
Writer's House, LLC, c/o Dan Conaway
21 West 26th Street, New York, NY 10010

B. [ ] by electronic filing or [ x ] by first-class mail to the Clerk of Court, 1100 Commerce Street, 14th Floor, Dallas, TX 75242 (see Local Rule 49.2(b) and/or the Northern District of Texas ECF Administrative Procedures Manual for information on any judge's copy that may be required); AND

C. [ x ] by electronic filing or by first-class mail to the attorney for the United States, Melissa Childs, 1100 Commerce Street, 3d Floor, Dallas, TX 75242.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this  21  day of  July , 2017.

_Wendy K S_ (Signature)        Wendy Szymanski (Print Name)

Title  Assistant General Counsel

Address  175 Fifth Avenue

City, State, Zip  New York, NY  10010

Telephone and Fax Numbers _____

Email _____

STATE OF  New York
COUNTY OF  New York

Subscribed and sworn to before me this  21st  day of  July , 2017.

_____        My Commission expires: 10/22/19
Notary Public Signature        (Seal)

PAUL J. SLEVEN
Notary Public State of New York
No. 02SL4796239
Qualified in New York County
Commission Expires April 30, 19__
Oct 22, 2019

Answer of Garnishee – Page 5

19/Szymanski

## macmillan
175 Fifth Avenue
New York, NY 10010

7524281310 C001

Clerk of Court
1100 Commerce Street, 14th Floor
Dallas, TX 75242