U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 25 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

v.

BARRETT LANCASTER BROWN,

                Defendant,

and

FIRST LOOK MEDIA WORKS, INC.,

                Garnishee.

No. 3:12-CR-413-01

**PUBLIC FILING**

## ANSWER OF THE GARNISHEE

I, __David S. Bralow__, the __Associate General Counsel__ of
     (name)                    (title)

Garnishee First Look Media Works, Inc., state under penalty of perjury as follows:

GARNISHEE IS (choose one):
[ _ ] An individual doing business in the name of _____.
[ _ ] A partnership, [ _ ] LP, [ _ ] LLP or [ _ ] LLC
[ X ] A corporation, organized under the laws of the State of __Delaware__.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process in the same manner as summons under Rule 4 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:

[ _ ] facsimile at ( ___ ) _____-_____ and/or
[ X ] e-mail at __david.bralow@firstlook.org_____ and/or
[ _ ] first class mail at _____

---

On _____October 18_____, 2017, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

**I.   Wages**

    A.    Garnishee has contracted with or employed the judgment debtor, from __7/18/15__ to __12/15/16__.

    B.    Judgment debtor's pay period is:

        [ ] weekly, [ ] bi-weekly, [ ] semi-monthly, [ ] monthly,

        other: __per assignment__.

        The current pay period began __N/A__ and ends __N/A__.

    C.    Enter amounts for the current pay period to calculate garnishment:

| | | |
|---|---|---|
| 1. | Gross Earnings[1] | $ 0 |
| 2. | Less deductions required by law: | |
| | Federal Income Tax | $ 0 |
| | F.I.C.A. | $ 0 |
| | State Income Tax | $ 0 |
| | City/Local Income Tax | $ 0 |
| | Total of tax withholdings | $ 0 |
| 3. | Disposable Earnings (C1) less total of (C2) | $ 0 |
| | 75% of Disposable Earnings (exempt pay to judgment debtor) | $ 0 |
| 4. | Non-exempt disposable earnings required to be withheld is the lesser of: | |
| | 25% of disposable earnings $ 0 or | |

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5)-(6) and (9).

Answer of Garnishee – Page 2

      Disposable earnings less $217.50 = $_____0_____.
$^2$

      (C3) less (30 x $7.25)

**DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.**

<u>**NOTE**</u>**: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.**

II.   <u>**Personal Property**</u>

    A.   <u>Financial Accounts</u>

<u>**Account 1**</u>
Type: _____N/A_____
No.: _____
Title owner(s): _____
Amount: $ _____

<u>**Account 2**</u>
Type: _____N/A_____
No.: _____
Title owner(s): _____
Amount: $ _____

<u>**Account 3**</u>
Type: _____N/A_____
No.: _____
Title owner(s): _____
Amount: $ _____

<u>**Account 4**</u>
Type: _____N/A_____
No.: _____
Title owner(s): _____
Amount: $ _____

    B.   <u>Safety Deposit Box</u>

        Box No.: _____N/A_____

        Last Accessed: _____

        Owners other than the judgment debtor:

        _____

    C.   Detail other personal property in the garnishee's possession, custody, or control:

        _____None_____

        _____

---

$^2$ Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

Answer of Garnishee – Page 3

    D.    Does the garnishee have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor, has an interest?

[ ] Yes or [X] No

If the answer is yes, describe below: _____

_____

_____

## III. Other Garnishments

    A.    Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?

[ ] Yes or [X] No

If the answer is yes, describe below (include case number, state, county):

_____

_____

## IV. Does Garnishee Deny Holding Property Subject to Garnishment?

    A.    Check and complete the applicable line below:

        [ ]    Garnishee has the following objections, defenses, or set-offs:

_____

_____

        [X]    On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

## VI. GARNISHEE mailed a copy of this Answer by first-class mail to:

    A.    the judgment debtor, Barrett Lancaster Brown, at:

Barrett Brown

3419 Westminster Ave, #25

Dallas, TX 75205

B. [ ] by electronic filing or [ x ] by first-class mail to the Clerk of Court, 1100 Commerce Street, 14th Floor, Dallas, TX 75242 (see Local Rule 49.2(b) and/or the Northern District of Texas ECF Administrative Procedures Manual for information on any judge's copy that may be required); AND

C. [ x ] by electronic filing or by first-class mail to the attorney for the United States, Melissa Childs, 1100 Commerce Street, 3d Floor, Dallas, TX 75242.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of October, 2017.

_____        David S. Bralow
(Signature)                             (Print Name)

Title   Associate General Counsel

Address   114 5th Avenue, 19th Floor

City, State, Zip   New York, NY 10011

Telephone and Fax Numbers   (646) 784-3287 (phone), (212) 206-8283 (fax)

Email   david.bralow@firstlook.org

STATE OF  New York
COUNTY OF  New York

LYDIA CHEUK
Notary Public, State of New York
New York County
No. 02CH6063678
Commission Expires Nov 21, 2017

Subscribed and sworn to before me this 24 day of October, 2017.

_____        My Commission expires: 11/21/17
Notary Public Signature                 (Seal)

Answer of Garnishee – Page 5