IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRETT LANCASTER BROWN,<br><br>                Defendant,<br><br>and<br><br>FIRST LOOK MEDIA WORKS, INC.,<br>MACMILLAN PUBLISHERS, INC.,<br>and WRITERS HOUSE, LLC,<br><br>                Garnishees. | No. 3:12-CR-413-L<br><br>**PUBLIC FILING** |

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 3202 (c), the undersigned counsel for the United States certifies that the following documents:

    Application for Writs of Garnishment;
    Order for Issuance of Writs of Garnishment;
    Clerk's Notice of Exemptions and Hearing and/or Transfer Request Form;
    Writs of Garnishment;
    Motion to Correct Misnomer in Defendant's Name;
    Order Extending Writs of Garnishment;
    Answer Forms; and
    Letters of Instructions

(Dkts. 111-17) were served on garnishee Writer's House, LLC, on July 13, 2017, on MacMillan Publishers, Inc., on July14, 2017, and on First Look Media Works, Inc. on October 18, 2017, by overnight mail as acknowledged in their answers (Dkts. 118-20).

After confirmation that the garnishees had been served, the United States sent the garnishment process on September 12, 2017, by first class mail to defendant-judgment debtor Barrett Lancaster Brown, Dallas, Texas.[1]

The United States further certifies that there is no reason for the clerk to delay the lifting of the *ex parte* restriction on the prior filings related to this matter, as previously directed in the Order for Issuance of Writs of Garnishment (Dkt. 112).

        Respectfully submitted,

        JOHN R. PARKER
        UNITED STATES ATTORNEY

        */s/ Melissa A. Childs*
        MELISSA A. CHILDS
        Assistant United States Attorney
        Illinois Bar No. 6273797
        1100 Commerce Street, Third Floor
        Dallas, TX 75242-1699
        Telephone: 214-659-8600
        Facsimile: 214-659-8812
        melissa.childs@usdoj.gov

---

[1] The United States served Barrett Lancaster Brown by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full.  *See* 18 U.S.C. §§ 3612(b)(1)(F) and 3572(d)(3) and 3664(k).  Pursuant to Fed. R. Crim. P. 49.1, the defendant's home address has been redacted to the city and state to prevent public disclosure.  Upon request of the court, the full address will be provided *in camera.*