IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:12-CR-413-L |
| v. | |
| BARRETT LANCASTER BROWN, | |
| Defendant, | |
| and | |
| FIRST LOOK MEDIA WORKS, INC., MACMILLAN PUBLISHERS, INC., and WRITERS HOUSE, LLC, | |
| Garnishees. | |

**ORDER IMPOSING LIEN AND GARNISHMENT**

Before the court is the United States' Motion for Order Imposing Federal Lien and Final Order of Garnishment, filed December 8, 2017. The United States requests entry of an order imposing a federal lien and final order of garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205, against any and all substantial nonexempt property and rights to property of Defendant-Judgment Debtor, Barrett Lancaster Brown, whether held directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, that is in the possession, custody, or control of each garnishee and their successors and assigns.

The United States filed an application for writs of garnishment seeking any substantial nonexempt property belonging to or due Defendant Brown held by garnishees

**Order Imposing Lien and Garnishment – Page 1**

First Look Media Works, Inc. (First Look), MacMillan Publishers, Inc. (MacMillan), and Writers House, LLC (Writers House).  Writs of garnishment were properly served on the garnishees.  MacMillan and Writers filed answers stating they had in their possession, custody, or control future earnings under book publishing contracts belonging to or due Brown.  First Look filed an answer stating that it made payments to Defendant Brown for assignments by contract.  Defendant Brown was properly served with the writs and notified of his right to a hearing, but he did not request a hearing, and the statutory time period to do so has elapsed.

Having considered the application, garnishees' answers, and noting that Defendant Brown did not request a hearing, the court **grants** the United States' Motion for Final Order of Garnishment.

The court hereby **orders** that a federal lien is imposed on all substantial nonexempt property and rights to property of Defendant-Judgment Debtor, Barrett Lancaster Brown, held directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, that is in the possession, custody, or control of each garnishee and their successors and assigns that limits the ability to take loans against or otherwise receive distributions from those funds.

The court further **orders** that each garnishee shall pay to the Clerk of the Court 25% of each periodic payment due or owing to Defendant Brown, directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned

under any other name, trust, and/or business entity, from the date that each garnishee was served with the writ and continuing until further order as his nonexempt disposable earnings.

The court **further** orders certified checks or money orders bearing case number 3:12-CR-413 shall be made payable and mailed to the Clerk of the Court, United States District Court for the Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, TX 75242-1003.

**It is so ordered** this 15th day of December, 2017.

_____
Sam A. Lindsay
United States District Judge