IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:12-CR-413-L |
| v. | |
| BARRETT LANCASTER BROWN, | **PUBLIC DOCUMENT** |
| Defendant, | |
| and | |
| FIRST LOOK MEDIA WORKS, INC., MACMILLAN PUBLISHERS, INC., and WRITERS HOUSE, LLC, | |
| Garnishees. | |

## AMENDED ORDER IMPOSING LIEN AND GARNISHMENT

Before the court is the United States of America and Defendant Barrett Lancaster Brown's Agreed Motion for Amended Order Imposing Lien and Garnishment, filed May 21, 2018. The United States sought, obtained, and served writs of garnishment seeking any substantial nonexempt property belonging to or due Defendant Brown held by garnishees First Look Media Works, Inc. (First Look), MacMillan Publishers, Inc. (MacMillan), and Writers House, LLC (Writers House). The United States also served subpoenas on the garnishees in conjunction with the writs of garnishment. Garnishees filed answers to the writs with this court stating they had in their possession, custody, or control future compensation belonging to or due Brown under contracts. The garnishees also produced copies of the existing contracts with Defendant Brown to the United States Attorney's Office.

**Amended Order Imposing Lien and Garnishment – Page 1**

On December 15, 2017, this court entered an Order Imposing Lien and Garnishment (Doc. 123). Defendant Brown's attorney has since contacted the United States to seek accommodation for the calculation and withholding for taxes from periodic payments of compensation to Defendant Brown before each garnishee remits payments to the clerk of the court. Accordingly, the court determines that the Agreed Motion for Amended Order Imposing Lien and Garnishment should be and is hereby **granted**.

The court hereby **orders** that a federal lien has been imposed, and is hereby reimposed, on all substantial nonexempt property and rights to property of Defendant-Judgment Debtor, Barrett Lancaster Brown ("Brown"), held directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, that is in the possession, custody, or control of each garnishee and their successors and assigns that limits the ability to take loans against or otherwise receive distributions from those funds.

The court **further orders** that pursuant to the current contracts that the garnishees produced to the United States Attorney's Office in conjunction with this garnishment action, the publisher shall pay the agent, who shall pay to the clerk of the court 25% of each periodic payment, after accounting for taxes and FICA and offset of the contracted for agent's commission, due or owing to Brown, directly or indirectly, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity (Brown), from the date that each garnishee was served with

the writ and continuing until further order as his nonexempt disposable earnings.  Brown and each garnishee shall notify the United States Attorney's Office in advance of any modification to the existing contracts that alters the current payment arrangement between Brown, individually and/or as agent, director, manager, officer or shareholder of any entity in which he has any legal interest, regardless of title, including any interest held or owned under any other name, trust, and/or business entity, and the garnishees and/or the execution of any new contracts between them.

    The court **further orders** that before each payment is to be made, to calculate the amounts for withholding and disbursement of funds payable to Brown, each garnishee shall provide to Brown a statement of each periodic payment due and owing as compensation for his services after offset of the contracted for agent's commission.  Brown shall provide that statement to his tax preparer who will then prepare a statement of federal taxes and FICA due and owing from each periodic payment that Brown shall provide to each garnishee and to his supervising United States Probation Officer. The entity issuing payment and Form 1099 to Brown shall then calculate the garnishment amount to remit to the clerk of court by subtracting the total amount of federal taxes and FICA listed on the tax preparer's statement from the periodic payment due to Brown and multiplying the remainder by 25%. The entity issuing payment and Form 1099 shall then release the remaining funds to Brown after withholding and disbursement of the garnishment payment to the clerk of court.  Brown shall be responsible for payment of any taxes and provide proof of such payments to his supervising United States Probation Officer.

The court **orders** that certified checks or money orders bearing case number 3:12-CR-413-L shall be made payable and mailed to the Clerk of the Court, United States District Court for the Northern District of Texas, 1100 Commerce Street, Room 1452, Dallas, TX 75242-1003.

**It is so ordered** this 29th day of May, 2018.

Sam A. Lindsay
United States District Judge